IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENDA GORDON TORRES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAN CAPITAL, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:15-cv-01635- LMM |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE
WITH PREJUDICE**

The above-styled matter is presently before the Court on the Parties' [5] Joint Motion to Approve Settlement and Dismiss Case With Prejudice. The Parties have requested that the Court review and approve the Settlement Agreement and General Release ("Settlement Agreement") between Plaintiff Glenda Gordon Torres and Defendant CAN Capital, Inc. f/k/a Capital Access Network, Inc., because the Plaintiff alleges claims against the Defendant under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court reviewed the proposed Settlement Agreement and held a hearing on July 30, 2015. During this hearing and after argument from the parties, the Court indicated that it would approve the Agreement and grant the Parties' motion except for paragraph 8 of the Agreement, which contained a confidentiality provision. The Court then provided the Defendant an opportunity to consult with his client to determine whether

Defendant would consent to the settlement moving forward without the confidentiality provision. Defendant has indicated that it does want to move forward with the settlement. The Agreement and associated Plaintiff release, are approved as fair and reasonable, with the exception of paragraph 8, which is stricken. Accordingly, the parties' [5] Joint Motion to Approve Settlement is GRANTED in part, and DENIED in part. This lawsuit is therefore dismissed with prejudice.

IT IS SO ORDERED, this 4th day of August 2015.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE